# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus J Martinez Gonzalez,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | **NO. CV-23-00477-TUC-RM (JR)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 16, 2024, this case is reversed and remanded to the Social Security Administration for further proceedings consistent with the Order.

                                                                Debra D. Lucas
                                                                District Court Executive/Clerk of Court

January 16, 2024

                                                                s/ S. Araiza
                                                        By     Deputy Clerk